No. 945, Misc. REAGAN v. SINCLAIR REFINING Co. C. A. 5th Cir. Certiorari denied. *W. A. Combs* for petitioner. *Leroy Denman Moody* for respondent.

No. 946, Misc. DE LUCIA v. UNITED STATES DEPARTMENT OF JUSTICE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.

No. 951, Misc. PATTERSON v. VIRGINIA ELECTRIC & POWER Co. Supreme Court of. Appeals of Virginia. Certiorari denied.

No. 952, Misc. BURNS v. KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 971, Misc. PATTON v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Claude F. Seila* for petitioner.

No. 980, Misc. IN RE OPPENHEIMER. Supreme Court of California. Certiorari denied.

No. 981, Misc. MULLIGAN v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 1001, Misc. O'KELLY v. NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Lewis R. Ricketts* for petitioner.